## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Francisco Garcia- Gastelum,<br><br>　　　　　Defendant. | No. CR-14-507-TUC-RCC(DTF)<br><br>**ORDER** |

　　　The Court having made a de novo review of the Report of Recommendation filed by Magistrate Judge Ferraro (Doc.116), and no objections filed by the parties there to,

　　　**IT IS ORDERED** the Court adopts the recommendations of the Magistrate Judge.

　　　**IT IS FURTHER ORDERED** that the Evidentiary hearing date of October 13, 2016 at 10:30am before Magistrate Judge Ferraro is AFFIRMED.

　　　Dated this 12th day of October, 2016.

_____
Raner C. Collins
Chief United States District Judge